DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Penny Edmonds

    **Plaintiff,**

vs.                                                          Civil No. 09-cv-820-HA

Commissioner of Social Security

    **Defendant.**                       **ORDER GRANTING AWARD
                                                             OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.50, costs in the amount of $3.31, and attorney's fees in the amount of $3,874.32, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 7 day of June, 2010

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**